UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAVID DEMAIO )
                              )
        Plaintiff,            )        Case No. 2:25-cv-11699-ADS
                              )
    v.                        )
                              )        ORDER FOR STIPULATION FOR THE
                              )        AWARD AND PAYMENT OF
COMMISSIONER OF              )        ATTORNEY FEES AND EXPENSES
SOCIAL SECURITY              )        PURSUANT TO THE EQUAL ACCESS
ADMINISTRATION,              )        TO JUSTICE ACT
                              )
        Defendant.           )

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Expenses, IT IS ORDERED, that fees in the amount of Eight Thousand Seven Hundred and Forty-One Dollars and Twelve Cents ($8,741.12) and zero dollars ($0) in costs as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: April 17, 2026

_____
/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge